(1) of (3)

Date: 12/12/2020

From: Michael Collier 57539-019
F.C.C. USP. 1 - A-120
P.O. Box 1033
Coleman, Florida 33521

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 05 2021
WP
CAROL L. MICHEL
CLERK

To: The Clerk of Courts Office
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA. 70130

TENDERED FOR FILING
SP
U.S. DISTRICT C[OURT]
Eastern District of Louisiana
Deputy Clerk
JAN 05 2021

Michael Collier 57539-019
Case number       18-97 A (1)
Title + section    18:2113(a)

Sentencing Judge    Jay C Zainey

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No: _____

(1) Motion to Appeal decission on Compassionate release/sentence reduction due to debilitating medical condition And Covid 19 virus.

(2) Motion for the court to Allow me 30days to obtain legal counsel to represent me in the discussion at these hearings etc.

Grounds for appeal will be forth coming through my legal representation. However I humbly ask the court to allow this appeal of this decision.

Thank you.

Ps. 27:13,14 Amen...
Ps. 27:13,14 Amen...
Psalm 27 Amen...

HOPE
is
one shot
A
chance..
to do the Right Things; to live again.

Judge Zainey I was raised to tell the Truth and taught this as well. However the criminal justice system has always used it against me.

Grounds for Appeal

✱ The present: Since 2018 my left arm has started to deform and be inflamed. I have still tryed to program. Taking courses and classes to change my criminal thinking and behavior. As of now I have taken (7) seven courses. Drug education and healthy mind, body, and spirit. Also changing your eating habits. etc.

✱ Judge Zainey these devices are or were for my right arm and neck. My left side was my good arm and side. Sir this doctor I seen on Nov. 19th he would not say the B.O.P. will replace this device nor give me the rehabilitation, and orthopedic theraphy that I will require. Told me there is no provider for physical therapy anymore. It was suppose to be a CT scan order in January 2020. This does not address the Administrative Remedies set forth in the complaint.

Page (4)                                                                 (copy)

**\* Grounds for Appeal**

Covid-19 virus - Medical professionals have stated that this virus attachs the nervous system especially the spinal cord. So who's to say that I won't have a serious outcome from covid 19. This is besides the other (3) three conditions I have that makes me higher risk?

**\*** Whatever this is growing up into the back of my head. Its growing from the base of my skull up behind both ears. Its like pellets under my scalp. Itching and the burning. They have not said what this is caused by, are what they are. The (2) two types of shampoo did nothing but spread it more and made it feel so much worse. Its not dandruff.

From 1978 to 1991
✱ Just to unveil a personal side of my life. My first common-law marriage she was 7 years older than I. Her husband had abused her and left her with (2) children. I raised those children as my own for (4) years before she started to have my (4) sons (my only children) our sons.

✱ My legally married wife was 10 years older and had (5) children. which had been torn apart from her by and abusive relationship. It was only through God I helped her restore her family and relationship with her children. Although as in my first relationship it was drugs destroyed it. From 1991 to 1994 when I started to use again. Then in 1995 prison destroyed my second relationship. From 1991-2000

✱ 1994 - was the cocaine paraphanelia possesion

Copy

★ Grounds for Appeal

(1) Public safety - Never have committed a crime with a weapon or caused bodily harm to no one.

(2) My present crime is Attempted bank robbery with a note. Which is now a non-violent crime.

(3) 1995 and 2000 were snatch robbery's where I grabed the money and ran out the stores.

✗(4) While incarcerated I have been a trustee that worked outside of the prison. With non-prison personnel. At a warehouse driving forklifts loading tractor trailers with food to supply the other prisons in the state of Georgia. Also at a laundry detail collecting laundry from the government buildings that housed terminally ill patients, and childrens facilities also. Then I work in the administration area for the

2 d 5

copy

counselors as their orderly.

✱ In the Federal BOP system I have worked for unicor (4) four years or more in making military uniforms etc. up until my spine started hurting me worse in 2013.

✱ The only disciplinary report I have received is for not obeying an instruction to go back to the compound. After I reported to the unit officer that my cell-partner had a knife under the lockers in the cell. Because I would have been bodily harmed or worse. After it was looked into, it was a confirmed PC. Then I was transfered. See for doing the right thing I have been punished.

✱ The unauthorized use of a movable - It was my father's car no changes were brought

✱ The simple battery - Me and a exgirlfriend were doing drugs. She wanted me to stay with her, I had to go to work. She trying to run and jump on the back of my truck fell and skined her shin on the curb. She was angry, she called the police. They didn't believe I'd hit her or done anything. I was summons to court twice 2 times I had to miss work. So I ask the Public defender how could this go away because I never hit or done her nothing she told me to plea guilty to non reporting probation for 5 years. She did not tell me it was going to be a felony or that after one more time the 3rd third time it probably would have been thrown out. There went my career in the

security field, had to give up my Armed commission. Then had to leave security all together.

* Now the remainder of grounds will be forth coming through my legal representation.
* This is the reason for the motion for a (30) day extension to obtain legal defense to Augure on my behalf.
* Whatever the court thinks of me I'm not a bad man. Yes I have had a lot of very bad things happen to me, and not being guided to the right help. Started to use illegal drugs and be around bad people and breaking the law. Caught up in the prison system and my state of mind made my rational thinking worse.

Mr. Michael Collier 57334-019-A-120
Federal Correctional Complex U.S.P.-1
P.O. Box 1033
Coleman, Florida 33521

TAMPA
SAINT PETERSB[URG]
16 DEC 2020

The Clerk of Courts Office
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA. 70130

"Legal Mail"

70130-396726



**RECEIVED DEC 15 2020**

F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESSEE.

_____   _____
DATE            MAIL ROOM STAFF